No. 65703.—Williams Clarke Co. and So. Cal. Import & Export v. United States, protest 59/9440 (Los Angeles).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of percussion caps similar in all material respects to those the subject of *Gold-Silver & Co.* v. *United States* (36 Cust. Ct. 51, C.D. 1753), the claim of the plaintiffs was sustained.